1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

TONNE L. MIESSEK,

Plaintiff,

12

v.

13

MARINE KINGDOM, et al.,

14

Defendants.

15

Case No. 1:25-cv-01424-SAB

ORDER TRANSFERRING CASE TO THE
NORTHERN DISTRICT OF CALIFORNIA

16    Plaintiff, who is proceeding *pro se*, has filed a civil right complaint, invoking federal

17  question jurisdiction.  (ECF No. 1.)[1]  The federal venue statute requires that a civil action, other

18  than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any

19  defendant resides, if all defendants are residents of the State in which the district is located, (2) a

20  judicial district in which a substantial part of the events or omissions giving rise to the claim

21  occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if

22  there is no district in which an action may otherwise be brought as provided in this section, any

23  judicial district in which any defendant is subject to the court's personal jurisdiction with respect

24  to such action."  28 U.S.C. § 1391(b).

25    In this case, the only Defendant discussed in the complaint resides in Marin County

26  California.  (ECF No. 1, p. 5.)  Moreover, the seemingly central factual allegation is that

27  "[Plaintiff] was wrongfully bartered, traded or sold in 1996 at Marin County."  (Id.)  Marin

28

---

[1] An application to proceed *in forma pauperis* remains pending on the docket.  (ECF No. 2.)

1  County is within the Northern District of California.  Therefore, Plaintiff's claim should have

2  been filed in United States District Court for the Northern District of California.  In the interest of

3  justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

4  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

5      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

6  States District Court for the Northern District of California.

7

8  IT IS SO ORDERED.

9  Dated:   **October 28, 2025**

     STANLEY A. BOONE
     United States Magistrate Judge