UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNE L. MIESSEK,<br><br>    Plaintiff,<br><br>v.<br><br>MARINE KINGDOM, et al.,<br><br>    Defendants. | Case No. 25-cv-09332-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT LEAVE TO AMEND**<br><br>Re: ECF No. 7 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's report and recommendation to dismiss this case with prejudice. ECF No. 7. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect, except that the Court will dismiss the case without leave to amend rather than dismissing it with prejudice. This case is factually frivolous and is therefore dismissed under 28 U.S.C. § 1915(e)(2). Such a dismissal "is not a dismissal on the merits, but rather an exercise of the court's discretion under the *in forma pauperis* statute," so it "does not prejudice the filing of a paid complaint making the same allegations. It could, however, have a res judicata effect on frivolousness determinations for future *in forma pauperis* petitions." *Denton v. Hernandez*, 504 U.S. 25, 34 (1992).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 5, 2025

_____
JON S. TIGAR
United States District Judge